# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 31, 2022

## NO. 03-21-00373-CV

### In re Commitment of Alonzo Solis

**APPEAL FROM THE 33RD DISTRICT COURT OF BURNET COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY
AFFIRMED -- OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the judgment and order signed by the trial court on May 11, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment and order. Therefore, the Court affirms the trial court's judgment and order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.